# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** CHARLOTTE LIVINGSTON
**Case Number:** 16-70782-JAD          **Chapter:** 7
**Date / Time / Room:** WEDNESDAY, MARCH 08, 2017 10:00 AM   COURTROOM B
**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** MARY SCHUETZ
**Reporter / ECR:** N/A

## Matter:

Motion For Relief From The Automatic Stay filed by Deutsche Bank National Trust Company as successor Trustee to Bankers Trust Company of California, N.A., as Trustee for Home Equity Mortgage Loan Asset-Backed Trust, Series SPMD 2002-A, Home Equity Mortgage Loan Asset-Backed Certificates, Series SPMD 2002-A, its successors and/or assigns
- Answer filed by Debtor 2/13/2017 at Doc. No. 18  [Due 2/13/2017]
R / M #:  15 / 0

## Appearances:

CHAPTER 7 TRUSTEE: JAMES R. WALSH, ESQUIRE
DEBTOR: DON MICHAEL HAHN, ESQUIRE
CREDITOR: JAMES C. WARMBRODT, ESQUIRE for DEUTSCHE BANK

## Proceedings:

___ Motion is GRANTED / DENIED
___ Special Type Of Order:
✓ CONTINUE MATTER:
   ✓ For At Least **60** Days (Court To Issue Scheduling Order)
   ___ To Hearing Date Of _____ at _____ AM/PM at _____
   ___ To Conciliation Conference For _____ at _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
   ___ Evidentiary Hearing On Value And Cram-Down Interest
   ___ Complex / Pretrial Order - NONJURY / JURY
   ___ Simple / Pretrial Order - NONJURY / JURY
   ___ Parties To Undertake Discovery - Discovery Period: _____ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

**- Continue Matter For At Least 60 Days**

FILED
3/9/17 9:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge