```
Label Matrix for local noticing        Donald M. Hahn                           Charlotte Livingston
0315-7                                  Stover McGlaughlin Gerace Weyandt et al 421 East Penn Street
Case 16-70782-JAD                       919 University Drive                    Bedford, PA 15522-1436
WESTERN DISTRICT OF PENNSYLVANIA        State College, PA 16801-6626
Johnstown
Mon Mar 13 18:06:24 EDT 2017

Mark Udren & Assocs.                    Office of the United States Trustee     PRA Receivables Management, LLC
Woodcrest Corp. Center                  Liberty Center.                         PO Box 41021
111 Woodcrest Rd., Ste. 200             1001 Liberty Avenue, Suite 970          Norfolk, VA 23541-1021
Cherry Hill, NJ 08003-3620              Pittsburgh, PA 15222-3721


Pennsylvania Dept. of Revenue           Rhino Linings of Lebanon                Specialized Loan Servicing, LLC
Department 280946                       c/o Matthew Zatko, Esquire              P.O. Box 636007
P.O. Box 280946                         202 E. Union St.                        Littleton, CO 80163-6007
ATTN: BANKRUPTCY DIVISION               Somerset, PA 15501-1456
Harrisburg, PA 17128-0946


James R. Walsh                          James Warmbrodt
Spence, Custer,Saylor,Wolfe & Rose, LLC KML Law Group, P.C.
1067 Menoher Boulevard                  701 Market Street
Johnstown, PA 15905-2545                Suite 5000
                                        Philadelphia, PA 19106-1541



              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Deutsche Bank National Trust Company as su   (d)PRA Receivables Management, LLC      End of Label Matrix
                                                PO Box 41021                            Mailable recipients    10
                                                Norfolk, VA 23541-1021                  Bypassed recipients     2
                                                                                        Total                  12
```