IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | Case No. 7-16-70782 |
| CHARLOTTE LIVINGSTON, : | |
| Debtor : | |
| : | Chapter 7 |
| CHARLOTTE LIVINGSTON, : | |
| Movant : | |
| VS. : | |
| : | Doc. No. 29 |
| JAMES WALSH, TRUSTEE, and DEUTSCHE : | |
| BANK NATIONAL TRUST COMPANY, as : | |
| successor Trustee to BANKERS TRUST : | |
| COMPANY OF CALIFORNIA, N.A., as : | |
| Trustee for HOME EQUITY MORTGAGE : | |
| LOAN ASSET-BACKED TRUST, SERIES : | |
| SPMD 2002-A, HOME EQUITY MORTGAGE : | |
| LOAN ASSET-BACKED CERTIFICATES, : | |
| SERIES SPMD 2002-A, its successors : | |
| and/or Assigns, : | |
| Respondents : | |

Hearing Date & Time:
May 5, 2017, @ 10:00 a.m.

**CERTIFICATE OF NO OBJECTION
REGARDING MOTION OF DEBTOR
FOR CONVERSION OF CASE UNDER CHAPTER 7
TO CASE UNDER CHAPTER 13 (Doc. No. 29)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on March 13, 2017, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than April 2, 2017.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

**EXECUTED ON:** *4/21/2017*

          By:   */s/ Donald M. Hahn*_____
                Donald M. Hahn, Esquire
                122 East High Street
                P. O. Box 209
                Bellefonte, PA 16823
                (814) 355-8235 - telephone
                (814) 355-1304 - facsimile
                dhahn@nittanylaw.com - e-mail
                PA Bar ID No. 66398
                Attorney for Debtor