**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | Case No. 7-16-70782 |
| CHARLOTTE LIVINGSTON, : | |
| Debtor : | |
| : | Chapter 7 |
| CHARLOTTE LIVINGSTON, : | |
| Movant : | |
| VS. : | |
| : | Doc. No. 29 |
| JAMES WALSH, TRUSTEE, and DEUTSCHE : | |
| BANK NATIONAL TRUST COMPANY, as : | |
| successor Trustee to BANKERS TRUST : | |
| COMPANY OF CALIFORNIA, N.A., as : | |
| Trustee for HOME EQUITY MORTGAGE : | |
| LOAN ASSET-BACKED TRUST, SERIES : | |
| SPMD 2002-A, HOME EQUITY MORTGAGE : | |
| LOAN ASSET-BACKED CERTIFICATES, : | |
| SERIES SPMD 2002-A, its successors : | |
| and/or Assigns, : | |
| Respondents : | |
| | Hearing Date & Time: |
| | May 5, 2017, @ 10:00 a.m. |

ORDER CONVERTING CASE UNDER CHAPTER 7
TO CASE UNDER CHAPTER 13

AND NOW, this __24th__ day of __April__, 20__17__, upon consideration of the *Motion of Debtor for Conversion of Case Under Chapter 7 to Case Under Chapter 13*, it is **ORDERED, ADJUDGED and DECREED** as follows:

ORDERED that this case be, and it hereby is, CONVERTED from a case under 11 U.S.C. Chapter 7 to a case under 11 U.S.C. Chapter 13; and it is further

ORDERED that the present trustee be, and he hereby is, DISCHARGED.

BY THE COURT:

4-24-2017

Hon. ~~Jeffrey~~ A. Deller
Chief Bankruptcy Judge

Jeffery

**CASE ADMINISTRATOR SHALL SERVE:**
All Creditors and Parties in Interest

FILED
4/24/17 12:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA