**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No. 7-16-70782 |
| CHARLOTTE LIVINGSTON, | : | |
|         Debtor | : | |
| | : | Chapter 7 |
| CHARLOTTE LIVINGSTON, | : | |
|         Movant | : | |
|    VS. | : | |
| | : | Doc. No. 29 |
| JAMES WALSH, TRUSTEE, and DEUTSCHE | : | |
| BANK NATIONAL TRUST COMPANY, as | : | |
| successor Trustee to BANKERS TRUST | : | |
| COMPANY OF CALIFORNIA, N.A., as | : | |
| Trustee for HOME EQUITY MORTGAGE | : | |
| LOAN ASSET-BACKED TRUST, SERIES | : | |
| SPMD 2002-A, HOME EQUITY MORTGAGE | : | |
| LOAN ASSET-BACKED CERTIFICATES, | : | |
| SERIES SPMD 2002-A, its successors | : | |
| and/or Assigns, | : | |
|         Respondents | : | |
| | | Hearing Date & Time: |
| | |    May 5, 2017, @ 10:00 a.m. |

ORDER CONVERTING CASE UNDER CHAPTER 7
TO CASE UNDER CHAPTER 13

AND NOW, this __24th__ day of __April__, 20__17__, upon consideration of the *Motion of Debtor for Conversion of Case Under Chapter 7 to Case Under Chapter 13*, it is **ORDERED, ADJUDGED and DECREED** as follows:

ORDERED that this case be, and it hereby is, CONVERTED from a case under 11 U.S.C. Chapter 7 to a case under 11 U.S.C. Chapter 13; and it is further

ORDERED that the present trustee be, and he hereby is, DISCHARGED.

BY THE COURT:

4-24-2017

_____
Hon. ~~Jeffrey~~ A. Deller
Chief Bankruptcy Judge

Jeffrey

**CASE ADMINISTRATOR SHALL SERVE:**
All Creditors and Parties in Interest

FILED
4/24/17 12:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Charlotte Livingston  
    Debtor

Case No. 16-70782-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7    User: dkam    Page 1 of 1    Date Rcvd: Apr 24, 2017  
                  Form ID: pdf900    Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2017.

```
db              +Charlotte Livingston,    421 East Penn Street,    Bedford, PA 15522-1436
                +James R. Walsh,    Spence, Custer,Saylor,Wolfe & Rose, LLC,    1067 Menoher Boulevard,
                  Johnstown, PA 15905-2545
14321372        +Mark Udren & Assocs.,    Woodcrest Corp. Center,    111 Woodcrest Rd., Ste. 200,
                  Cherry Hill, NJ 08003-3620
14325580        +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14321373        +Rhino Linings of Lebanon,    c/o Matthew Zatko, Esquire,    202 E. Union St.,
                  Somerset, PA 15501-1456
14321374        +Specialized Loan Servicing, LLC,    P.O. Box 636007,    Littleton, CO 80163-6007
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.             TOTAL: 0

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Deutsche Bank National Trust Company as successor
cr               Deutsche Bank National Trust Company as successor
cr               Deutsche Bank National Trust Company as successor
cr*             +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                              TOTALS: 3, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2017                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2017 at the address(es) listed below:

```
              Donald M. Hahn    on behalf of Debtor Charlotte  Livingston dhahn@nittanylaw.com
              James  Warmbrodt    on behalf of Creditor   Deutsche Bank National Trust Company as successor
               Trustee to Bankers Trust Company of California, N.A., as Trustee for Home Equity Mortgage Loan
               Asset-Backed Trust, Series SPMD 2002-A, Home Equity Mor bkgroup@kmllawgroup.com
              James R. Walsh    jwalsh@spencecuster.com,
               trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.co
               m;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```