IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Charlotte Livingston,<br>        Debtor<br><br>Deutsche Bank National Trust Company as successor Trustee to Bankers Trust Company of California, N.A., as Trustee for Home Equity Mortgage Loan Asset-Backed Trust, Series SPMD 2002-A, Home Equity Mortgage Loan Asset-Backed Certificates, Series SPMD 2002-A,<br>        Movant<br>vs.<br><br>Charlotte Livingston,<br>        Respondent<br><br>Ronda J. Winnecour,<br>        Chapter 13 Trustee | Case No. 16-70782 JAD<br><br>CHAPTER 13<br><br>Doc. No. 45<br><br>Related To Doc No. 15 |

**ORDER OF COURT**

AND NOW, this 2nd day of May, 2017, counsel for the parties having consented hereto, it is hereby ORDERED that the Motion for Relief from Stay filed in the above matter be and hereby is withdrawn without prejudice.

BY THE COURT:

_____
Jeffery A. Deller
Chief U.S. Bankruptcy Judge

Consented to by:

*/s/ Donald M. Hahn, Esquire*
Donald M. Hahn, Esquire
PA I.D. 66398
Attorney for Debtors

*/s/ James C. Warmbrodt, Esquire*
James C. Warmbrodt, Esquire
PA I.D. 42524
Attorney for Movant

FILED
5/2/17 10:17 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 16-70782-JAD
Charlotte Livingston                                                     Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7    User: dkam    Page 1 of 1    Date Rcvd: May 02, 2017
               Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2017.
db            +Charlotte Livingston,   421 East Penn Street,   Bedford, PA 15522-1436

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 2, 2017 at the address(es) listed below:
      Donald M. Hahn    on behalf of Debtor Charlotte  Livingston dhahn@nittanylaw.com
      James   Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company as successor
      Trustee to Bankers Trust Company of California, N.A., as Trustee for Home Equity Mortgage Loan
      Asset-Backed Trust, Series SPMD 2002-A, Home Equity Mor bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                        TOTAL: 4