# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| **Debtor:** | CHARLOTTE LIVINGSTON |
| **Case Number:** | 16-70782-JAD    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, AUGUST 03, 2017 02:30 PM    3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
8/7/17 1:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#49 - Final Confirmation of Plan Dated 5/8/2017 (NFC)
R / M #:   49 / 0

**Appearances:**

Debtor: *Hahn*
Trustee: Winnecour / Bedford / Pai / **Katz**

Creditor:

*Request copy of mortgage & Note, any modification of mortgage since origination date.*

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to **11/2/17** at **3:00 pm**.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____ .
    A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*Copy of W2s for 2016 most recent pay stubs.*

*Asked for copy of Bedford County tx assessment on property*

7/26/2017    3:41:24PM