**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>CHARLOTTE LIVINGSTON | Case No. 16-70782JAD |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs. | Document No __ |
| DEUTSCHE BANK NATIONAL TRUST | |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST<br>C/O OCWEN LOAN SVCNG LLC(*)<br>1661 WORTHINGTON RD STE 100<br>WEST PALM BEACH, FL 33409-6493 | Court claim# /Trustee CID# 4 |

The Movant further certifies that on 09/11/2017 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>CHARLOTTE LIVINGSTON, 421 EAST PENN STREET, BEDFORD, PA  15522 | DEBTOR'S COUNSEL:<br>DONALD M HAHN ESQ, STOVER ET AL, 919 UNIVERSITY DR, STATE COLLEGE, PA  16801 |
| ORIGINAL CREDITOR:<br>DEUTSCHE BANK NATIONAL TRUST, C/O OCWEN LOAN SVCNG LLC(*), 1661 WORTHINGTON RD STE 100, WEST PALM BEACH, FL  33409-6493<br><br>NEW CREDITOR: | ORIGINAL CREDITOR'S COUNSEL:<br>JAMES C WARMBRODT ESQ, KML LAW GROUP PC, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106 |