# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** CHARLOTTE LIVINGSTON
- **Case Number:** 16-70782-JAD   **Chapter:** 13
- **Date / Time / Room:** THURSDAY, NOVEMBER 02, 2017 03:00 PM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
11/6/17 12:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#49 - Continued Confirmation of Plan Dated 5/8/2017 (NFC)
R / M #: 49 / 0

**Appearances:**

- Debtor: HAHN
- Trustee: Winnecour / Bedford / Pail / (Katz)
- Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 1/25/18 at 3:30 pm.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Debtor to consider LMP. & may have basis to object to part of mortgagee's claim.

Continued to give him time to consider options.

10/27/2017  9:06:36AM