# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | CHARLOTTE LIVINGSTON |
| **Case Number:** | 16-70782-JAD   **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, JANUARY 25, 2018 03:30 PM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
1/29/18 8:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#49 - Continued Confirmation of Plan Dated 5/8/2017 (NFC)
R / M #:  49 / 0

### *Appearances:*

Debtor:
Trustee: Winnecour / (Pail) / Katz    *Hahn*
Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to __3/15/18__ at __3:00__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

1/22/2018   9:11:36AM