# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | |
|---|---|
| Debtor: | CHARLOTTE LIVINGSTON |
| Case Number: | 16-70782-JAD    Chapter: 13 |
| Date / Time / Room: | THURSDAY, MARCH 15, 2018 03:00 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
3/20/18 11:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#49 - Continued Confirmation of Plan Dated 5/8/2017 (NFC)
R / M #:  49 / 0

*Appearances:*

Debtor: Hahn
Trustee: Winnecour / Pail / Katz *(Pail circled)*
Creditor:

Late filed POC by Mortgage company.
No payments since Oct 2017.

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 6/14/18 at 3:00 pm.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Plan is $16,657 in arrears thru 3/18.

Debtor to file amended plan 3/16 that provides for cure of mortgage and resumption of regular monthly payments. Plan payment to be $5038.00. Cert for filing of plan and proof of at least 2 monthly payments. If payments not made will send to contested.

3/7/2018    8:32:42AM