# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| Debtor: | CHARLOTTE LIVINGSTON |
| Case Number: | 16-70782-JAD    Chapter: 13 |
| Date / Time / Room: | THURSDAY, JUNE 14, 2018 03:00 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
6/19/18 1:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#62 - Amended Plan Dated 3/16/2018 - NFC
R / M #:  62 / 0

**Appearances:**

Debtor: Hahn
Trustee: Winnecour / Pail / (Katz) / DeSimone
Creditor:

Plan $22089 in arrears. Last payment made 10/2/17.

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: 7/25/18 at 10:30 Am.
10. ✓ Other:

There may be equity in real property based on Bedford County Assessment. Trustee request conversion of case to Ch 7 so Trustee can review if there is no feasible plan in prospect. Note, case started chapter 7.

6/7/2018    2:58:02PM

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Charlotte Livingston  
    Debtor

Case No. 16-70782-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7      User: jhel      Page 1 of 1      Date Rcvd: Jun 19, 2018  
                   Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2018.  
db          +Charlotte Livingston,    421 East Penn Street,    Bedford, PA 15522-1436

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2018            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2018 at the address(es) listed below:  
       Donald M. Hahn    on behalf of Debtor Charlotte  Livingston dhahn@nittanylaw.com  
       James  Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company as successor Trustee to Bankers Trust Company of California, N.A., as Trustee for Home Equity Mortgage Loan Asset-Backed Trust, Series SPMD 2002-A, Home Equity Mor bkgroup@kmllawgroup.com  
       Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                                                                                       TOTAL: 4