# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

| | |
|---|---|
| Debtor: | CHARLOTTE LIVINGSTON |
| Case Number: | 16-70782-JAD    Chapter: 13 |
| Date / Time / Room: | FRIDAY, JULY 27, 2018 11:00 AM   COURTROOM B |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | SCOTT KOZAR |
| Reporter / ECR: | N/A |

## Matter:

Contested Confirmation of Debtor's Amended Chapter 13 Plan Dated 3/16/2018
- Conciliation Meeting Minutes from 3/15/2018 @ Doc. #64
- Conciliation Meeting Minutes from 6/14/2018 @ Doc. #67
- Hearing re-scheduled by Text Order on 7/19/2018 to 11:00 AM @ Doc. #69
R / M #:  62 / 0

## Appearances:

TRUSTEE: WINNECOUR / BEDFORD / KATZ / PAIL
DEBTOR(S): Donald M. Hahn, Esq.
CREDITOR:

FILED
7/27/18 3:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## Proceedings:

___ Motion is GRANTED / DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
  _____ For At Least _____ Days (Court To Issue Scheduling Order)
  _____ To Hearing Date Of _____ at _____ AM/PM at _____
  _____ To Conciliation Conference For _____ at _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
  _____ Evidentiary Hearing On Value And Cram-Down Interest
  _____ Complex / Pretrial Order - NONJURY / JURY
  _____ Simple / Pretrial Order - NONJURY / JURY
  _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
✓ OTHER:

**✱ ORDER**

Confirmation is denied. An Order shall be entered that converts this case to a Chapter 7.

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge
7-27-2018