**Form 132**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

83

In re:  Bankruptcy Case No.: 16–70782–JAD

Chapter: 7

**Charlotte Livingston**
   Debtor(s)

**NOTICE OF APPOINTMENT OF INTERIM TRUSTEE**
**AND DETERMINATION OF TRUSTEE BOND**

   James R. Walsh is hereby appointed Interim Trustee for the estate of the above debtor(s). Unless another trustee is elected at the meeting of creditors, convened pursuant to 11 U.S.C §341(a), the Interim Trustee shall serve as Trustee.

   In accordance with 11 U.S.C §322(b), the United States Trustee has determined the amount of the blanket trustee bond and determined the sufficiency of the surety thereon.

Dated: 7/30/18

**Andrew R. Vara**
Acting United States Trustee

**Joseph S. Sisca**
Assistant United States Trustee
Western District of Pennsylvania

---

I James R. Walsh, hereby reject appointment as Trustee.

Dated: This _____ day of _____,_____.

James R. Walsh

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 16-70782-JAD
Charlotte Livingston                                                        Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: dkam              Page 1 of 1              Date Rcvd: Jul 30, 2018
                              Form ID: 132            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2018.
tr            +James R. Walsh,   Spence, Custer,Saylor,Wolfe & Rose, LLC,    1067 Menoher Boulevard,
                Johnstown, PA 15905-2545

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
tr*           +James R. Walsh,   Spence, Custer,Saylor,Wolfe & Rose, LLC,    1067 Menoher Boulevard,
                Johnstown, PA 15905-2545
                                                                         TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2018 at the address(es) listed below:
      Donald M. Hahn    on behalf of Debtor Charlotte  Livingston dhahn@nittanylaw.com
      James  Warmbrodt    on behalf of Creditor   Deutsche Bank National Trust Company as successor
      Trustee to Bankers Trust Company of California, N.A., as Trustee for Home Equity Mortgage Loan
      Asset-Backed Trust, Series SPMD 2002-A, Home Equity Mor bkgroup@kmllawgroup.com
      James R. Walsh    jwalsh@spencecuster.com,
      trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;skosis@spencecuster.com
      ;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com;gbivens@spencecuster.com
      Lisa M. Swope    on behalf of Trustee Lisa M. Swope lms@nsslawfirm.com,
      mmh@nsslawfirm.com;klw@nsslawfirm.com;pa73@ecfcbis.com
      Lisa M. Swope    lms@nsslawfirm.com,   mmh@nsslawfirm.com;klw@nsslawfirm.com;pa73@ecfcbis.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                              TOTAL: 6