**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>CHARLOTTE LIVINGSTON<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:16-70782 JAD<br><br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 11/13/2016 and confirmed on 06/23/2017 . The case was subsequently       (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 13,804.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 13,799.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 0.00 | |
|   Trustee Fee | 574.26 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 574.26 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   SPECIALIZED LOAN SERVICING LLC<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   DEUTSCHE BANK NATIONAL TRUST CO - T<br>    Acct: 7988 | 223,250.26 | 0.00 | 13,224.74 | 13,224.74 |
| | | | | 13,224.74 |
| **Priority** | | | | |
|   DONALD M HAHN ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   CHARLOTTE LIVINGSTON<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   CHARLOTTE LIVINGSTON<br>    Acct: | 5.00 | 5.00 | 0.00 | 0.00 |
|   STOVER MCGLAUGHLIN<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   DONALD M HAHN ESQ<br>    Acct: | 2,500.00 | 0.00 | 0.00 | 0.00 |
|   DEUTSCHE BANK NATIONAL TRUST CO - T<br>    Acct: 7988 | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| | | \*\*\*N O N E\*\*\* | | | |
| Unsecured | | | | | |
| | BRUCE HOSTETTER D/B/A RHINO LININGS<br>Acct: 1087 | 58,704.64 | 0.00 | 0.00 | 0.00 |
| | MARK J UDREN ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | | \*\*\*N O N E\*\*\* | | | |

TOTAL PAID TO CREDITORS     13,224.74

TOTAL CLAIMED
PRIORITY     0.00
SECURED     223,250.26
UNSECURED     58.704.64

Date: 08/30/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com