**Form RSC**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 7
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 16–70782–JAD**
Date Converted:

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Charlotte Livingston
   421 East Penn Street
   Bedford, PA 15522

Social Security No.:
   xxx–xx–1775

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Donald M. Hahn<br>Stover McGlaughlin Gerace Weyandt et al<br>122 East High Street<br>Bellefonte, PA 16823<br>Telephone number: 814–355–8235 | James R. Walsh<br>Spence, Custer, Saylor, Wolfe & Rose, LLC<br>1067 Menoher Boulevard<br>Johnstown, PA 15905<br>Telephone number: 814–536–0735 |

DATE/TIME/LOCATION OF MEETING OF CREDITORS
November 7, 2018
09:00 AM
Jury Assembly Room, Basement, Blair County Courthouse, 423 Allegheny Street, Hollidaysburg, PA 16648

**FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN AN ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED.**

Dated: 9/6/18

BY THE COURT

Jeffery A. Deller
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-70782-JAD
Charlotte Livingston                                                      Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: dkam              Page 1 of 1              Date Rcvd: Sep 06, 2018
                              Form ID: rsc            Total Noticed: 8

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2018.
db             +Charlotte Livingston,    421 East Penn Street,    Bedford, PA 15522-1436
14692667       +Deutsche Bank National Trust Co., Trustee(See 410),    C/O Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14321372       +Mark Udren & Assocs.,    Woodcrest Corp. Center,    111 Woodcrest Rd., Ste. 200,
                 Cherry Hill, NJ 08003-3620
14321373       +Rhino Linings of Lebanon,    c/o Matthew Zatko, Esquire,    202 E. Union St.,
                 Somerset, PA 15501-1456
14897563       +SAC Energy,    4588 Business 220,    Bedford, PA 15522-7745
14321374       +Specialized Loan Servicing, LLC,    P.O. Box 636007,    Littleton, CO 80163-6007
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 07 2018 02:14:18      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
14325580       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 07 2018 02:17:29
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Deutsche Bank National Trust Company as successor
cr              Deutsche Bank National Trust Company as successor
cr              Deutsche Bank National Trust Company as successor
cr              Deutsche Bank National Trust Company as successor
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                TOTALS: 4, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2018 at the address(es) listed below:
              Donald M. Hahn    on behalf of Debtor Charlotte  Livingston dhahn@nittanylaw.com
              James  Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company as successor
               Trustee to Bankers Trust Company of California, N.A., as Trustee for Home Equity Mortgage Loan
               Asset-Backed Trust, Series SPMD 2002-A, Home Equity Mor bkgroup@kmllawgroup.com
              James R. Walsh    jwalsh@spencecuster.com,
               trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;skosis@spencecuster.com
               ;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com;gbivens@spencecuster.com
              Lisa M. Swope    on behalf of Trustee Lisa M. Swope lms@nsslawfirm.com,
               mmh@nsslawfirm.com;pa73@ecfcbis.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 5
```