IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | Case No. 7-16-70782-JAD |
| CHARLOTTE LIVINGSTON, : | |
|       Debtor : | |
| : | Chapter 7 |
| CHARLOTTE LIVINGSTON, : | |
|       Movant : | |
|   VS. : | |
| : | Doc. No. |
| BRUCE HOSTETTER, d/b/a RHINO : | |
| LININGS OF LEBANON, : | |
|       Respondent : | |
| | Hearing Date & Time: **December 14, 2018, at 11 a.m.** |

CERTIFICATE OF SERVICE

I hereby certify that I am this day serving the foregoing document upon the person(s) and in the manner indicated below:

Service by ECF Notice as Follows:

    James Walsh, Esquire
    Chapter 7 Trustee

Service by First-Class Mail Addressed as Follows:

    Bruce Hostetter
    205 Obie Road
    Lebanon, PA 17042

    Larry W. Miller, Jr., Esquire
    25 Stevens Avenue
    West Lawn, PA 19609
    Attorney for Respondent

    Matthew Zatko, Esquire
    202 East Union Street
    Somerset, PA 15501
    Attorney for Respondent

DATED this _1st_ _____ day of _October_____, A.D., 20_18_.

                                        _/s/ Donald M. Hahn_____