IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | Case No. 7-16-70782-JAD |
| CHARLOTTE LIVINGSTON, : | |
| Debtor : | |
| : | Chapter 7 |
| CHARLOTTE LIVINGSTON, : | |
| Movant : | |
| VS. : | |
| : | Doc. No. |
| BRUCE HOSTETTER, d/b/a RHINO : | |
| LININGS OF LEBANON, : | |
| Respondent : | |
| | Hearing Date & Time: |
| | **December 14, 2018, at 11 a.m.** |

### ORDER AVOIDING THE LIEN OF BRUCE HOSTETTER

AND NOW, upon consideration of the Debtor's Motion to Avoid Lien filed herein, it is accordingly

ORDERED that the judicial lien on Debtor's residence, located at 421 East Penn Street, Bedford, Pennsylvania 15522, and Debtor's furniture and other household goods, television sets and other electronics, antiques and other collectibles, a treadmill and other sports equipment, a gun, coats and other clothes, a brooch and other jewelry, and cats is hereby avoided inasmuch as said lien impairs the Debtors' exemption under 11 U.S.C. Section 522(b).

BY THE COURT:

_____
Jeffrey A. Deller
Bankruptcy Judge