IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No. 7-16-70782-JAD |
| CHARLOTTE LIVINGSTON, | : | |
|     Debtor | : | |
| | : | Chapter 7 |
| CHARLOTTE LIVINGSTON, | : | |
|     Movant | : | |
| VS. | : | |
| | : | Doc. No. |
| BRUCE HOSTETTER, d/b/a RHINO | : | |
| LININGS OF LEBANON, | : | |
|     Respondent | : | |
| | | Hearing Date & Time: |
| | | **December 14, 2018, at 11 a.m.** |

NOTICE OF HEARING WITH RESPONSE DEADLINE
ON MOTION OF DEBTOR CONSTANCE L. MANN
TO AVOID THE LIEN OF ONEMAIN FINANCIAL

TO THE RESPONDENT(S):

You are hereby notified that Movant seeks and order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **_October 18_____**, 2018, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure. Local Rules and Procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.  Please refer to the Judge's calendar posted on the website www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

A hearing will be held on **_December 14_____**, 2018, at **_11:_00 _a**.m. before Judge Deller in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901*.  Only a limited time of 10 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.  An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

- **NOTE: Video Conferencing equipment has been installed in Courtroom B in Johnstown, Pennsylvania, and also in Courtroom D in Pittsburgh, Pennsylvania. Attorneys may appear at either Courtroom B in Johnstown or Courtroom B in Pittsburgh.**

                                          STOVER, McGLAUGHLIN, GERACE,
                                          WEYANDT & McCORMICK, P.C.

Date of Service: _10/1/2018_      BY: _/s/ Donald M. Hahn_
                                          Donald M. Hahn, Esquire
                                          122 East High Street
                                          P.O. Box 209
                                          Bellefonte, PA  l6823
                                          (814) 355-8235
                                          PA Bar ID 66398
                                          Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | Case No. 7-16-70782-JAD |
| CHARLOTTE LIVINGSTON, : | |
|       Debtor : | |
| : | Chapter 7 |
| CHARLOTTE LIVINGSTON, : | |
|       Movant : | |
|   VS. : | |
| : | Doc. No. |
| BRUCE HOSTETTER, d/b/a RHINO : | |
| LININGS OF LEBANON, : | |
|       Respondent : | |
| : | Hearing Date & Time: |
| | **December 14, 2018, at 11 a.m.** |

CERTIFICATE OF SERVICE

I hereby certify that I am this day serving the foregoing document upon the person(s) and in the manner indicated below:

Service by ECF Notice as Follows:

    James Walsh, Esquire
    Chapter 7 Trustee

Service by First-Class Mail Addressed as Follows:

    Bruce Hostetter
    205 Obie Road
    Lebanon, PA 17042

    Larry W. Miller, Jr., Esquire
    25 Stevens Avenue
    West Lawn, PA 19609
    Attorney for Respondent

    Matthew Zatko, Esquire
    202 East Union Street
    Somerset, PA 15501
    Attorney for Respondent

DATED this _1st_ _____ day of _October_____, A.D., 20_18_.

                                         _/s/ Donald M. Hahn_____